**Weil, Gotshal & Manges LLP**

VIA ECF

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**David L. Yohai**
+1 (212) 310-8275
david.yohai@weil.com

May 12, 2022

Hon. Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Carter et al. v. Discovery Communications, LLC*, No. 1:22-cv-02031 (S.D.N.Y.)

Dear Judge Gardephe:

    This firm represents Defendant Discovery Communications, LLC ("Discovery") in the above-referenced action. I am Discovery's principal trial counsel in this matter, and write pursuant to Your Honor's Rules to request an adjournment of the initial pre-trial conference, which is currently scheduled for June 9, 2022, due to a personal conflict on that date (it is my son's high school graduation). We have conferred with Plaintiffs' counsel, and Plaintiffs consent to this adjournment request. Mindful that civil conferences are typically held on Thursday mornings, the parties are all available on June 23 or June 30, 2022, but the parties are also available on June 21 or June 22, should either of those dates be more convenient for the Court.

    I appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ David L. Yohai*

David L. Yohai

cc: Plaintiffs' Counsel of Record

**Memo Endorsed:** The conference in this matter currently scheduled for June 9, 2022 is adjourned to July 7, 2022 at 10:45 a.m.

Dated: May 17, 2022

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge