UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CRYSTAL CARTER, SUSAN CIFELLI, and LETITIA TAYLOR, individually and on behalf of all others similarly situated,

        Plaintiffs,

-against-

DISCOVERY COMMUNICATIONS, LLC,

        Defendant.

**ORDER**

22 Civ. 2031 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the following schedule will apply to Defendant's motion to dismiss (see Dkt. No. 14):

1. Defendant's motion papers are due on **August 2, 2022**;
2. Plaintiffs' opposition is due on **August 30, 2022**;
3. Defendant's reply, if any, is due on **September 13, 2022**.

The conference scheduled for July 7, 2022 is adjourned sine die.

Dated: New York, New York
       June 30, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge