**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CRYSTAL CARTER, SUSAN CIFELLI, and
LETITIA TAYLOR, individually and on behalf of all
others similarly situated,

                Plaintiffs,

   v.

DISCOVERY COMMUNICATIONS, LLC,

                Defendant.

1:22-cv-02031-PGG

**JOINT STIPULATION AND**
**ORDER TO SUBSTITUTE**
**PARTY AND**
**CHANGE CASE CAPTION**

---

WHEREAS, Plaintiffs filed a Complaint in this action on March 11, 2022 naming
Discovery Communications, LLC as the Defendant (the "Complaint");

WHEREAS, the parties have conferred and agree that Plaintiffs' allegations are properly
directed to Scripps Networks, LLC instead of Discovery Communications, LLC and that Scripps
Networks, LLC should be substituted as the defendant in place and instead of Discovery
Communications, LLC;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties
hereto, through their undersigned attorneys, the following:

1.      Scripps Networks, LLC shall be and is substituted in place and instead of
Discovery Communications, LLC as the Defendant herein.

2.      All references in the Complaint to Discovery Communications, LLC or Defendant
shall be deemed to be a reference to Scripps Networks, LLC.

3.      The caption for this action shall be and is amended as follows:

CRYSTAL CARTER, SUSAN CIFELLI, and
LETITIA TAYLOR, individually and on behalf of all
others similarly situated,

               Plaintiffs,

     v.

SCRIPPS NETWORKS, LLC,

               Defendant.

1:22-cv-02031-PGG

4.     All subsequent documents filed in this action shall reflect the above substitution.

5.     Entry into this Stipulation shall not prejudice or adversely affect any other rights, claims or defenses of any party, or the current briefing schedule on the motion to dismiss ordered by the Court, and all rights, claims, and defenses (and any responses thereto) are expressly preserved by the parties.  Should it be necessary to add Discovery Communications, LLC ("Discovery LLC") back into this lawsuit, the parties agree that the statute of limitations for any claims or causes of action asserted herein by Plaintiff and/or other members of the putative class against Discovery LLC shall be tolled from the filing date of this lawsuit until the date this matter is resolved.

Dated:  July 25, 2022

**BURSOR & FISHER, P.A.**                   **WEIL, GOTSHAL & MANGES LLP**


*/s/ Joshua D. Arisohn*                          */s/ David L. Yohai*

Joshua D. Arisohn                              David L. Yohai
888 Seventh Avenue                          767 Fifth Avenue
New York, NY 10019                          New York, NY 10153
Telephone: (646) 837-7150                Phone:  (212) 310-8000
Facsimile: (212) 989-9163                  Fax:  (212) 310-8007
jarisohn@bursor.com                          david.yohai@weil.com


*Counsel for Plaintiffs*                           *Counsel for Defendant*


**IT IS SO ORDERED.**

Judge Paul G. Gardephe
United States District Judge
 Dated:  July 27, 2022