UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRYSTAL CARTER, SUSAN CIFELLI, and LETITIA TAYLOR, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>SCRIPPS NETWORKS, LLC,<br><br>                Defendant. | 1:22-cv-02031-PGG |

**<u>NOTICE OF MOTION TO DISMISS THE COMPLAINT</u>**

Defendant Scripps Networks, LLC ("Scripps") hereby moves the Court for an order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) dismissing the Complaint (ECF No. 1) with prejudice. The grounds supporting the motion are set forth in the memorandum of law and August 2, 2022 Declaration of Blake J. Steinberg filed with this motion to dismiss.[1]

---

[1] The original Complaint was filed against Discovery Communications, LLC ("Discovery"), but per the stipulation ordered on July 27, 2022 (ECF No. 21), Scripps was substituted for Discovery as the Defendant.

Dated: New York, New York
August 2, 2022

/s/ *David L. Yohai*
David L. Yohai
David R. Singh
Randi W. Singer
David E. Yolkut
Blake J. Steinberg
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Phone: (212) 310-8000
Fax: (212) 310-8007
david.yohai@weil.com
david.singh@weil.com
randi.singer@weil.com
david.yolkut@weil.com
blake.steinberg@weil.com

*Attorneys for Defendant Scripps Networks, LLC*