**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CRYSTAL CARTER, SUSAN CIFELLI and
LETITIA TAYLOR, individually and on behalf
of all others similarly situated,

                        Plaintiffs,
       -against-                                    22 **CIVIL** 2031 (PKC)

                                                     **<u>JUDGMENT</u>**

SCRIPPS NETWORKS, LLC,

                        Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 24, 2023, Defendant's motion to dismiss is GRANTED.

**Dated:**  New York, New York

      April 25, 2023

                                                       **RUBY J. KRAJICK**

                                                         _____
                                                                **Clerk of Court**

                                    **BY:**    *K. Mango*

                                                          _____
                                                                **Deputy Clerk**